PROB 12C
(6/16)

Report Date: June 11, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 11, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Patrick Joseph Wapato | Case Number: 0980 2:23CR00137-MKD-1 |

Address of Offender: Homeless

Name of Sentencing Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: July 17, 2024

| | | | |
|---|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | | |
| Original Sentence: | Prison - 18 months<br>TSR - 60 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Michael Louis Vander Giessen | Date Supervision Commenced: March 25, 2025 | |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: March 24, 2030 | |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 05/08/2025.

On March 25, 2025, the undersigned officer met with Mr. Wapato and reviewed his judgment and conditions of supervision with him. Mr. Wapato signed the judgement acknowledging his understanding and receipt of such and he was provided a copy.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #5**: You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense.<br><br>**Supporting Evidence**: Patrick Wapato allegedly violated the above-stated condition on or about April 2 and May 7, 2025, by failing to register as a sex offender as required by the Sex Offender Registration and Notification Act (SORNA).<br><br>On March 25, 2025, Mr. Wapato released from Bureau of Prisons (BOP) custody and reported he would be living with his father in Malott, Washington, as previously approved in his release plan. During an intake meeting with Mr. Wapato on that date, the undersigned officer confirmed with Mr. Wapato his intentions to register his residence with the Colville Tribe and Okanogan County as required by SORNA.<br><br>On April 2, 2025, the undersigned officer contacted a detective with the Colville Tribal Police Department to inquire about Mr. Wapato's registration. The detective reported that |

Prob12C
**Re: Wapato, Patrick Joseph**
**June 11, 2025**
**Page 2**

Mr. Wapato had reached out about registration, but she was not in the office at the time and follow up would be needed.

On April 7, 2025, the undersigned officer contacted a detective with the Okanogan County Sheriff's Office to inquire about Mr. Wapato's registration. The detective reported that Mr. Wapato completed his registration at a residence in Malott on May 3, 2025.

On May 7, 2025, the undersigned officer received a report that Mr. Wapato had been kicked out of his residence. In contacting Mr. Wapato about this information, he reported he did not have any other residence and would be "running around town and register homeless."

On June 10, 2025, the undersigned officer again contacted the detective with the Okanogan County Sheriff's Office to inquire about Mr. Wapato's registration. The detective reported that Mr. Wapato completed his registration at a residence in Malott on May 3, 2025, but never updated such residence or registration status. Subsequent contact that same date with a detective with the Colville Tribal Police Department revealed that Mr. Wapato never completed his registration with the tribe either.

Pursuant to 34 U.S.C. § 20913 (a) a sex offender shall register, and keep the registration current, in each jurisdiction where the offender resides. Further, this registration, and any subsequent updates, shall be completed within 3 business days of any change in residence.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/11/2025

s/Nicolas Olson

Nicolas Olson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*M. K. Dimke*

Signature of Judicial Officer

June 11, 2025

Date